

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777   Fax: 973.533.1112
Web: www.genovaburns.com

Patrick W. McGovern, Esq.
Partner
Member of NJ and NY Bars
pmcgovern@genovaburns.com
Direct: 973-535-7129

August 6, 2015

**VIA PACER AND REGULAR MAIL**
Honorable Mary L. Cooper, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, 5th Floor
Trenton, NJ 08608

Re:   Robin Alston-Santiago v. FirstEnergy Corp., et. al.
      Civil Action No.: 15-cv-5556 (MLC)(DEA)

Dear Judge Cooper:

Our firm represents Defendant FirstEnergy Corporation in the above-referenced matter.

Based on my conversation with your Chambers yesterday afternoon and the request by the Court that Defendant FirstEnergy Corp. withdraw its Motion to Dismiss the Amended Verified Complaint, without prejudice, and re-file the Motion at a later date after the Court disposes of its August 5, 2015 Order to Show Cause, Defendant FirstEnergy Corp. hereby withdraws its Motion to Dismiss the Amended Verified Complaint, without prejudice, to its right to re-file this Motion at a later time.

Defendant intends to file its response to the Order to Show Cause on or before August 24, 2015.

Respectfully,

GENOVA BURNS LLC

PATRICK W. McGOVERN

PWM/NLL
cc: Leah Lederberger, Esq. (via email); Annemarie Schreiber, Esq. (via email)
13285986_1 (1593.088)