NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF EFRAIN SANTIAGO, | : : : : : : : | CIVIL ACTION NO. 15-5556 (MLC)<br><br>**MEMORANDUM OPINION** |
| Deceased. | | |

**THE COURT** ordering the parties to show cause why this proceeding should not be remanded to state court on various grounds (see dkt. 6); and the claims asserted against the main removing party — FirstEnergy Corporation — having been voluntarily dismissed (see dkt. 12); and the Court being advised that "[i]t is the parties' hope that the Stipulation of Dismissal will expedite the Court's remand of the remaining claims to New Jersey Superior Court" (dkt. 11 at 1); and it appearing that no party opposes remand of the proceeding insofar as it concerns any of the remaining claims; and

**THE COURT** thus intending to: (1) vacate the Order to Show Cause, and (2) remand the proceeding insofar as it concerns all claims involving all parties other than FirstEnergy Corporation; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                                                            s/ Mary L. Cooper
                                                                                          **MARY L. COOPER**
                                                                                          United States District Judge

**Dated:** October 19, 2015