UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF EFRAIN SANTIAGO,  Deceased. | : : : : : : : CIVIL ACTION NO. 15-5556 (MLC)  **ORDER & JUDGMENT** |

For the reasons stated in the Court's Memorandum Opinion, dated October 19, 2015, **IT IS** on this     19th     day of October, 2015, **ORDERED** that the Court's Order to Show Cause **(dkt. 6)** is **VACATED**; and it is further

**ADJUDGED** that the proceeding insofar as it concerns all claims involving all parties other than FirstEnergy Corporation is **REMANDED** to New Jersey Superior Court, Ocean County; and it is further

**NOTED** that all claims asserted against FirstEnergy Corporation have been voluntarily dismissed; and it is further

**ORDERED** that the Clerk of the Court designate the proceeding as it exists in the United States District Court for the District of New Jersey as **CLOSED**.

  s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge