**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Trenton, NJ**

ROBIN ALSTON–SANTIAGO

                Plaintiff,

v.                                Case No.: 3:15–cv–05556–MLC–DEA

                                     Judge Mary L. Cooper

FRANK SANTIAGO, et al.

                Defendant.

Clerk, Superior Court of New Jersey
Ocean County Courthouse
118 Washington Street
Toms River, NJ 08754

State No: P–208680

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                Very truly yours,

                                                William T. Walsh, Clerk
                                                By Deputy Clerk, mmh

encl.
cc: All Counsel